United States District Court
Southern District of Ohio

## Related Case Memorandum
## Civil Cases

TO: (District Judges and Magistrate Judges assigned to alleged related cases)

FROM: Jennifer Webster , Case Administrator

DATE: 3/24/2020

SUBJECT: Case Caption: Finesse Express, LLC v. Total Quality Logistics, LLC

CASE: Case Number: 1:20-cv-235

DISTRICT JUDGE: Michael R. Barrett

File Date: 03/23/2020

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

| | |
|---|---|
| Case Caption: | **Charles Newman v. Total Quality Logistics** |
| Case Number: | **1:20-cv-173** |
| District Judge: | **Susan J. Dlott** |
| File Date: | **2/28/2020** |
| Magistrate Judge: | |

**Related Case(s):**

Case Caption:

Case Number:                                         District Judge:

File Date:                                           Magistrate Judge:

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   Jennifer Webster   as follows:

**Judges' Response:**

☐    We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

☒    We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge   Susan J. Dlott  

☐    We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

☐    We are unable to agree and will accept any decision made by the Chief Judge.

☐    I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

☐    I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

☐    Other Direction of Judge: _____

_____

    s/Susan J. Dlott
United States District Judge

    s/Michael R. Barrett
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*