**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| FINESSE EXPRESS, LLC and WIDER GROUP, INC, individually and on behalf of all others similarly situated, | Case No.  20-cv-00235-MRB |
| | Judge Michael R. Barrett |
| Plaintiffs, | |
| | **RULE 41 STIPULATION OF DISMISSAL** |
| v. | |
| TOTAL QUALITY LOGISTICS, LLC, | |
| Defendant. | |

Plaintiffs Finesse Express, LLC and Wider Group, Inc. (collectively, "Plaintiffs"), and Defendant Total Quality Logistics, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that Plaintiffs' claims filed in the above-referenced case are dismissed with prejudice. Each side shall bear its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ William B. Federman* | */s/ Eric K. Combs* |
| William B. Federman (admitted *pro hac vice*) | Eric K. Combs (0067201) |
| **FEDERMAN & SHERWOOD** | **DINSMORE & SHOHL LLP** |
| 10205 N. Pennsylvania Ave. | 255 E. Fifth Street, Suite 1900 |
| Oklahoma City, Oklahoma 73120 | Cincinnati, Ohio  45202 |
| (405) 235-1560 | (513) 977-8677 |
| (405) 239-2112 (facsimile) | (513) 977-8141 (facsimile) |
| wbf@federmanlaw.com | Eric.combs@dinsmore.com |
| | |
| *Counsel for Plaintiffs* | *Counsel for Defendant* |

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 13, 2023, a copy of the foregoing pleading was filed electronically with the Clerk of Court to be served by operation of the court's electronic filing system to all counsel of record.

/s/ *Eric K. Combs*
Eric K. Combs